## OTIS VOLA PARKER V. THE STATE.

No. 22578. Delivered June 23, 1943.
Rehearing Denied (Without Written Opinion) October 13, 1943.

The opinion states the case.

*J. S. Bracewell,* of Houston, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty before the court, appellant was convicted of aggravated assault and his punishment assessed at six months' imprisonment in the county jail.

The information appears to be in proper form. The record contains neither statement of facts nor bills of exceptions. Nothing is presented for review.

The judgment is affirmed.